# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2021

Bridget M. McCormack,
Chief Justice

162600

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

SC: 162600
COA: 351570
Muskegon CC: 19-000140-FC

PAUL THOMAS GABRIEL,
     Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the December 17, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

BERNSTEIN, J. (*concurring*).

I concur with the majority's decision to deny leave in this case because nothing in the Court of Appeals opinion seems to suggest that the Muskegon County Prosecutor's Office may not take actions such as adding conflict walls or assigning the case to a new assistant prosecuting attorney to protect against any potential conflicts that may arise throughout the prosecution of this case if the Muskegon County Prosecutor finds validity in defendant's concerns.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2021



a0622

Clerk